UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TU PHAM, ET AL.** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 22-5099 |
| | * | |
| **LOBO OPERATING, INC.** | * | SECTION: "T" (5) |

**************************************************************************

### PLAINTIFF'S WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel comes Plaintiffs, **TU PHAM and JONATHAN, INC.,** who respectfully submit the following list of witnesses who may be called and exhibits that may be introduced at trial in accordance with this Court's Scheduling Order.

### WITNESS LIST

1. Tu Pham

2. Hoa Nguyen

3. Hung M. Huynh

4. Nu Nguyen

5. John Thompson, M.D.

6. Megan Alsop, Ph.D.

7. Tot Hoang

8. Kim Tran

9. Thao Huyn

10. Any witness listed or called by any other party

11. Any witness later identified through discovery

12. Any witness needed to introduce demonstrative evidence

13. Any witness needed to rebuttal or impeachment

14. Any witness needed to authenticate any document or evidence.

Plaintiff reserves his right to amend this Witness List as discovery is ongoing.

## **EXHIBIT LIST**

1. Copies of all state/federal income tax returns for Tu Pham and Hoa Nguyen

2. Copies of all state/federal income tax returns for JONATHAN INC.

3. All revenue receipts for catches of JONATHAN INC.

4. Bill of Sale for CAPTAIN TUNA II

5. All receipts for sales of catches

6. All receipt for repairs, provisions, and supplies of CAPTAIN TUNA II

7. Map of site of incident

8. Images of incident site

9. Secretary of State filings of JONATHAN, INC.

10. Discovery responses of LOBO OPERATING

11. Medical records from John Thompson, M.D.

12. Any materials relied upon by John W. Thompson, Jr.

13. Test results of testing performed by or coordinated by Megan Alsop, Ph. D.

Plaintiff reserves his right to amend this Exhibit List as discovery is ongoing.

Respectfully submitted,

DELISE & HALL

*/s/Jeannette M. Delise Spegele*
JEANNETTE M. DELISE SPEGELE (#38187)
BOBBY J. DELISE (#4847)

5190 Canal Blvd., Suite 103
New Orleans, LA 70124-1710
Telephone: (504)836-8000
Tax: (504)836-8020
bdelise@dahlaw.com
jdeliselaw@gmail.com

ALTON J. HALL, JR. (#20846)
528 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Fax: (985) 809-5787

**Attorneys for Plaintiffs
TU PHAM & JONATHAN INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record by CM/ECF, e-mail, and/or by placing a copy in the United States Mail, postage prepaid and properly addressed this 7th day of July, 2023.

                                                        /s/Jeannette M. Delise Spegele
                                            **JEANNETTE M. DELISE SPEGELE**